IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SCOTT WAYNE BEARD                                                     PLAINTIFF

v.                              Case No. 6:21-cv-06134

NURSE BRIDGET JOHNSON;                                   DEFENDANT
PHARMACY TECHNICIAN JOHN DOE;
PHARMACY OWNER JOHN DOE;
CHIEF DEPUTY STEVEN ELROD;
DR. MISS KENDRA; and
JANE AND JOHN DOE

## ORDER

Before the Court is the Report and Recommendation filed September 28, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 65). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Ford recommended that Plaintiff's Complaint be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b), based on Plaintiff's failure to prosecute his case and failure to comply with Local Rule 5.5(c)(2).

On October 15, 2022, Plaintiff filed objections to the Report and Recommendation. (ECF No. 66). The objections, however, do not appear to be pertinent to the case at hand and do not otherwise remedy Plaintiff's failure to comply with court orders. Furthermore, the Court will not prejudice Plaintiff's ability to refile his case appropriately if Plaintiff believes he continues to have reason to do so and upon showing that he has paid the $510.00 in reasonable costs to Defendant Elrod's counsel.

Upon review, the Court finds that the report (ECF No. 65) is without clear error and should be and hereby is **adopted *in toto***. Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISED WITHOUT PREJUDICE**. Plaintiff is permitted to file a Motion to Reopen this case only upon showing that he has paid the $510.00 in reasonable costs to Defendant Elrod's counsel.

**IT IS SO ORDERED** this 9th day of November 2022.

.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**